UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.W., *on behalf of A.W.*,  :
                        Plaintiff,  :
                                                :
            -against-                 :          22 Civ. 3592 (LGS)
                                                :
                                                :          <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF  :
EDUCATION, et al.,  :
                        Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed a Complaint on May 4, 2022.  Defendant filed its Answer on August 12, 2022.  It is hereby

      **ORDERED** that by **August 23, 2022**, the parties shall return an executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to the Clerk of Court,[1] if the parties agree to conduct all further proceedings before Judge Willis, in compliance with Rule 73.1 of the Local Civil Rules for the Southern and Eastern Districts of New York.  It is further

      **ORDERED** that by **August 23, 2022**, if the parties do not consent to Judge Willis's jurisdiction, the parties shall file a joint letter with a proposed briefing schedule for any anticipated motion or cross-motions for summary judgment.

      If the parties consent to Judge Willis's jurisdiction, they shall seek further instructions from Judge Willis on delivering electronic copies of the record and the Joint Statement and physical courtesy copies to her Chambers.

Dated: August 15, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE

---

[1] The form is available at https://nysd.uscourts.gov/sites/default/files/practice_documents/kpfSDNYFormConsentingToProceedForAllPurposesBeforeAMagistrateJudge.pdf.