UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.W.,
                               Plaintiff,

           -against-                      22 Civ. 3592 (LGS)

                                               ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiffs filed a Complaint on May 4, 2022.  Defendants filed their Answer on August 12, 2022;

      WHEREAS, the parties filed a joint letter with a proposed briefing schedule for dispositive motions on August 23, 2022.  Dkt. No. 20.  It is hereby

      **ORDERED** that by **September 26, 2022**, Plaintiff shall file a motion for summary judgment, not to exceed 20 pages.  By **October 26, 2022**, Defendant shall file the opposition and any cross-motion for summary judgment, not to exceed 30 pages.  By **November 16, 2022**, Plaintiff shall file a reply and opposition to Defendant's cross-motion for summary judgment if any, not to exceed 20 pages. By **November 30, 2022**, Defendant shall file a reply in support of the cross-motion for summary judgment if any, not to exceed 10 pages.  Notwithstanding these aforementioned page limits, each party has discretion over how to allocate its respective 40 pages total of briefing across its two briefs, provided neither party exceeds the 40 pages of briefing total.  It is further

      **ORDERED** that the parties shall Bates-stamp the administrative record (the "Record") such that each page has a unique Bates number.  If the record is voluminous, the parties shall

email Schofield_NYSDChambers@nysd.uscourts.gov requesting a link to upload the Record. If the parties believe that the Record should be filed under seal, they shall simultaneously file a motion to seal per the Individual Rules.  It is further

**ORDERED** that, in lieu of separate Local Rule 56.1 statements, the parties shall file a <u>joint</u> statement of undisputed facts ("Joint Statement"), with citations to the Bates-stamped Record, **by the time that the first brief is due**.  The parties shall indicate any disputed facts clearly in the Joint Statement.  It is further

**ORDERED** that, within two days of the cross-motions being fully briefed, the parties shall email to Chambers a text-searchable copy of the Bates-stamped Record and a Word version of the Joint Statement.  Except as provided here, the parties shall follow the Individual Rules on motions, exhibits and courtesy copies.

Dated: August 24, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**