UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
S.W. on behalf of A.W.,

                            Plaintiff,                    22 **CIVIL** 3592 (LGS)

              -against-                          **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                            Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 7, 2023, Plaintiff is awarded $78,486.05 consisting of (1) $53,678.05 in attorneys' fees for the administrative proceeding before Defendants; (2) $24,408.00 in attorneys' fees for this proceeding and (3) $400.00 in costs. Plaintiff is awarded post-judgment interest on this amount, calculated at the applicable statutory rate. Accordingly, the case is closed.

**Dated:** New York, New York
            September 8, 2023

                                                              **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                                    **BY:**   _____
                                                                   **Deputy Clerk**